DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DESHAWN PRINCE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-0012

[June 27, 2024]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; John Joseph Murphy, III, Judge; L.T. Case No. 16-007142-CF-10A.

Robert David Malove, Robert David Malove, P.A., Fort Lauderdale, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, CONNER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***